# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TWIANIE ROBERTS,
        Plaintiff(s),

CASE NUMBER: 08-10992

v.

HON. JOHN FEIKENS

CONTINENTAL AIR TRANSPORT COMPANY,
ET AL,
        Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable John Feikens, United States District Judge for the above proceeding on **6/26/2008 AT 10:00 A.M.**, in **Court Room 858**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

■ MOTION TO DISMISS BY DEFENDANTS CONTINENTAL AIR AND DENISE COLLINS, filed 5/15/2008

**+ RESPONSE DUE: 6/3/2008**

## CERTIFICATE OF MAILING

I certify that a copy of this notice was served on this date.

        s/Carol J. Cohron
        Case Manager
        (313) 234-5127

Dated: May 19, 2008