UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIANIE ROBERTS,

       Plaintiff,

      vs.

CONTINENTAL AIR TRANSPORT CO.,
an llinois corporation, d/b/a CONTINENTAL
AIRPORT EXPRESS, INC., DENISE COLLINS,
Individually, and ROBERT JOHNIGAN,
Individually,

       Defendants.

_____/

Case No. 2:08-CV-10992
Judge John Feikens

| | |
|---|---|
| BRENT THOMAS (P67028)<br>Attorney for Plaintiff<br>THE THURSWELL LAW FIRM, PLLC<br>1000 Town Center, Suite 500<br>Southfield, MI 48075<br>(248) 354-2222 | THOMAS L. MISURACA (P25304)<br>Attorney for Defendant Johnigan<br>GARAN LUCOW MILLER, P.C.<br>1000 Woodbridge Street<br>Detroit, MI 48207-3192<br>(313) 446-5514 |
| EDWARD J. HIGGINS (P46143)<br>Attorney for Defs Continental & Collins<br>PLUNKETT COONEY<br>535 Griswold, Suite 2400<br>Detroit, MI 48226<br>(313) 983-4919 | |

_____/

**<u>APPEARANCE</u>**

TO:   **Clerk of the Court**

     **PLEASE ENTER OUR APPEARANCE** on behalf of Defendant, ROBERT JOHNIGAN,

in the above-entitled cause.

               GARAN LUCOW MILLER, P.C.


               By: _/s/ Thomas L. Misuraca_____
                  Thomas L. Misuraca (P25304)
                  Attorney for Defendant Johnigan
                  1000 Woodbridge Street
                  Detroit, MI 48207
                  Phone:  313-446-5514

Dated: July 8, 2008.

**NOTICE OF APPEARANCE**

**TO:    BRENT THOMAS (P67028)**
        **Attorney for Plaintiff**

      **PLEASE TAKE NOTICE** that we have this day entered our Appearance on behalf of Defendant,

ROBERT JOHNIGAN, in the above-entitled cause.

GARAN LUCOW MILLER, P.C.


By:  /s/ *Thomas L. Misuraca*
      Thomas L. Misuraca (P25304)
      Attorney for Defendant Johnigan
      1000 Woodbridge Street
      Detroit, MI 48207
      Phone:  313-446-5514

Dated:  July 8, 2008.


**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2008,  I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Brent Thomas, Esq.**
bthomas@thurswell.com

**Edward J. Higgins, Esq.**
ehiggins@plunkettcooney.com


/s/ *THOMAS L. MISURACA* (P25304)
1000 Woodbridge Street
Detroit, MI 48207-3192
(313) 446-5514
E-mail: tmisuraca@garanlucow.com


#772931