UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIANIE ROBERTS,

    Plaintiff,

vs.

CONTINENTAL AIR TRANSPORT CO.,
an llinois corporation, d/b/a CONTINENTAL
AIRPORT EXPRESS, INC., DENISE COLLINS,
Individually, and ROBERT JOHNIGAN,
Individually,

    Defendants.
_____/

Case No. 2:08-CV-10992
Judge John Feikens

| | |
|---|---|
| BRENT THOMAS (P67028)<br>Attorney for Plaintiff<br>THE THURSWELL LAW FIRM, PLLC<br>1000 Town Center, Suite 500<br>Southfield, MI 48075<br>(248) 354-2222 | THOMAS L. MISURACA (P25304)<br>Attorney for Defendant Johnigan<br>GARAN LUCOW MILLER, P.C.<br>1000 Woodbridge Street<br>Detroit, MI 48207-3192<br>(313) 446-5514 |
| EDWARD J. HIGGINS (P46143)<br>Attorney for Defs Continental & Collins<br>PLUNKETT COONEY<br>535 Griswold, Suite 2400<br>Detroit, MI 48226<br>(313) 983-4919 | |

_____/

### DEFENDANT, ROBERT JOHNIGAN'S, JOINDER AND CONCURRENCE IN CO-DEFENDANTS' MOTION TO DISMISS

    **NOW COMES** the Defendant, ROBERT JOHNIGAN, by and through his attorneys, GARAN LUCOW MILLER, P.C., and Thomas L. Misuraca, and hereby joins in and concurs in the Motion to Dismiss filed by Defendants, Continental Air Transport Co., an Illinois

corporation, d/b/a Continental Airport Express, Inc. and Denise Collins, for the reason that based on the face of the Complaint, Robert Johnigan is a resident of the City of Chicago, Cook County, Illinois, that the automobile accident occurred in Cook County, Ilinois, and that purported service on Mr. Johnigan was in Cook County, Ilinois, and therefor, this Honorable Court has no jurisdiction over Defendant, Robert Johnigan, for the reasons set forth in Co-Defendants' Motion to Dismiss.

          GARAN LUCOW MILLER, P.C.

          By:/s/ Thomas L. Misuraca_____
             Thomas L. Misuraca (P25304)
             Attorney for Defendant Johnigan
             1000 Woodbridge Street
             Detroit, MI 48207
             Phone: 313-446-5514

Dated: July 8, 2008.

## CERTIFICATE OF SERVICE

     I hereby certify that on July 8, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Brent Thomas, Esq.**
bthomas@thurswell.com

**Edward J. Higgins, Esq.**
ehiggins@plunkettcooney.com

          /s/ *THOMAS L. MISURACA* (P25304)
          1000 Woodbridge Street
          Detroit, MI 48207-3192
          (313) 446-5514
          E-mail: tmisuraca@garanlucow.com

#772973