# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:08–cv–10992–JF–SDP

| | |
|---|---|
| Roberts v. Continental Air Transport Company et al | Date Filed: 03/07/2008 |
| Assigned to: District Judge John Feikens | Date Terminated: 07/10/2008 |
|        Magistrate Judge Steven D Pepe | Jury Demand: Plaintiff |
| Cause: No cause code entered | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

**Twianie Roberts**　　　　　　　　　　represented by　**Brent W. Thomas**
Thurswell Law Firm
1000 Town Center
Suite 500
Southfield, MI 48075–1221
248–354–2222
Fax: 248–354–2323
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Continental Air Transport Company**　　represented by　**Edward J. Higgins**
*Doing business as*　　　　　　　　　　　　　　　Plunkett &Cooney (Detroit)
Continental Airport Express, Incorporated　　　535 Griswold Street
Suite 2400
Detroit, MI 48226–3260
313–983–4819
Email: ehiggins@plunkettcooney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Denise Collins**　　　　　　　　　　　represented by　**Edward J. Higgins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Johnigan**　　　　　　　　　　represented by　**Thomas L. Misuraca**
Garan Lucow
1000 Woodbridge Street
Detroit, MI 48207–3192
313–446–1530
Fax: 313–259–0450
Email: tmisuraca@garanlucow.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2008 | Ï 1 | COMPLAINT filed by Twianie Roberts against all defendants Receipt No: 568391 – Fee: $ 350. (DHam) (Entered: 03/10/2008) |
| 05/15/2008 | Ï 2 | ANSWER to Complaint with Affirmative Defenses by Continental Air Transport Company. (Higgins, Edward) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 3 | MOTION to Dismiss by Continental Air Transport Company. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A – Affidavit of Mike Zuniga, # 3 Exhibit B – Complaint) (Higgins, Edward) (Entered: 05/15/2008) |
| 05/19/2008 | Ï 4 | NOTICE of hearing on 3 MOTION to Dismiss. **Response due by 6/3/2008 Motion Hearing set for 6/26/2008 10:00 AM before District Judge John Feikens**. (CCoh) (Entered: 05/19/2008) |
| 06/03/2008 | Ï 5 | RESPONSE to 3 MOTION to Dismiss filed by Twianie Roberts. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Press Release, # 3 Exhibit Reservation Sheet) (Worrall, Patricia) (Entered: 06/03/2008) |
| 06/27/2008 | Ï | Minute Entry –motion hearing re: defendants' motion to dismiss Not Held before District Judge John Feikens. Disposition: TO BE DECIDED ON PAPERS (CCoh) (Entered: 06/27/2008) |
| 07/08/2008 | Ï 6 | ATTORNEY APPEARANCE: Thomas L. Misuraca appearing on behalf of Robert Johnigan (Misuraca, Thomas) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 7 | NOTICE of Joinder/Concurrence in 3 MOTION to Dismiss filed by Continental Air Transport Company by Robert Johnigan (Misuraca, Thomas) (Entered: 07/08/2008) |
| 07/10/2008 | Ï 8 | ORDER TRANSFERRING CASE to Northern District of Illinois. Signed by District Judge John Feikens. (LHac) (Entered: 07/11/2008) |