1264411 (JB)   JB:amt   7/28/08   WHITE   17751-2-52

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TWIANIE ROBERTS, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 CV 04186 |
| | ) | |
| CONTINENTAL AIR TRANSPORT CO., an Illinois Corporation, d/b/a CONTINENTAL AIRPORT EXPRESS, INC., DENISE COLLINS, Individually, and ROBERT JOHNIGAN, Individually, | ) ) ) ) ) ) ) | Judge: Matthew F. Kennelly |
| Defendants. | ) | |

### UNCONTESTED MOTION FOR SUBSTITUTION OF ATTORNEYS

The Defendant, ROBERT JOHNIGAN, hereby moves this Court for an Order granting JAMES BARTLETT of STELLATO & SCHWARTZ, LTD. leave to substitute as his attorney in lieu of THOMAS L. MISURACA of GARAN LUCOW MILLER P.C., and for further order that THOMAS L. MISURACA of GARAN LUCOW MILLER P.C. be granted leave to withdraw. Defendant will not be prejudiced by a substitution of counsel.  A duly executed Stipulation for Substitution of Attorneys Form is attached hereto as "Exhibit A".

WHEREFORE the defendant moves this Court for an Order consistent with this request.

Respectfully submitted,

STELLATO & SCHWARTZ, LTD.


By:  /s/ James Bartlett
     James Bartlett

STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant ROBERT JOHNIGAN
120 N. LaSalle St, 34th Floor
Chicago, Illinois 60602
(312) 419-1011
Attorney No. 1264411 (JB)

1264411 (JB)          JB:amt          7/28/08          WHITE          17751-2-52

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **TWIANIE ROBERTS, Individually,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.  08 CV 04186 |
| | ) | |
| **CONTINENTAL AIR TRANSPORT CO., an Illinois Corporation, d/b/a CONTINENTAL AIRPORT EXPRESS, INC., DENISE COLLINS, Individually, and ROBERT JOHNIGAN, Individually,** | ) | Judge: Matthew F. Kennelly |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION FOR SUBSTITUTION OF ATTORNEYS

I, THOMAS L. MUSRUACA of GARAN LUCOW MILLER P.C., do hereby withdraw my Appearance as defense counsel for the defendant, ROBERT JOHNIGAN, in the above-entitled cause.

    /s/ **Thomas L. Misuraca**
Thomas L. Misuraca
GARAN LUCOW MILLER P.C.

I, JAMES BARTLETT of STELLATO & SCHWARTZ, LTD., do hereby enter our Appearance as defense counsel for the defendant, ROBERT JOHNIGAN, in lieu of THOMAS L. MISURACA of GARAN LUCOW MILLER, in the above-entitled cause.

    /s/ **James Bartlett**
James Bartlett
STELLATO & SCHWARTZ, LTD

STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant  ROBERT JOHNIGAN
120 N. LaSalle St, 34th Floor
Chicago, Illinois 60602
(312) 419-1011
Attorney No.: 1264411 (JB)