1264411 (JB)     JB:amt     7/28/08     WHITE     17751-2-52

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TWIANIE ROBERTS, Individually, ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> CONTINENTAL AIR TRANSPORT CO., an ) <br> Illinois Corporation, d/b/a CONTINENTAL ) <br> AIRPORT EXPRESS, INC., DENISE ) <br> COLLINS, Individually, and ROBERT ) <br> JOHNIGAN, Individually, ) <br> ) <br> ) <br> **Defendants.** ) | No. 08 CV 04186 <br><br> Judge: Matthew F. Kennelly |

### NOTICE OF MOTION

To:   Attorney for Plaintiff:              Attorney for Johnigan:
      Mr. Bret Thomas                      Mr. Thomas L. Misuraca
      Thurswell Law Firm                   Garan Lucow Miller P.C.
      1000 Town Center, #500               1000 Woodbridge Street
      Southfield, MI 48075-1221            Detroit, MI 48207

      Attorney for Continental and Collins:
      Mr. Edward J. Higgins
      Plunkett & Cooney
      535 Griswold Street, Suite 2400
      Detroit, MI 48226

    On July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2103 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Uncontested Motion for Substitution of Attorney.

Name:             STELLATO & SCHWARTZ, LTD.
Attorney for:     Defendant Robert Johnigan
Address:          120 N. LaSalle St., 34th Floor
City:             Chicago, IL 60602
Telephone:        (312) 419-1011
Atty No:          1264411

## PROOF OF SERVICE BY MAIL

    I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on July 28, 2008.

                                               /s/ **James Bartlett**
                                              James Bartlett