**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL          APPOINTED COUNSEL |

1264411 (JB)   JB:kl   07/30/08   WHITE   17751-2-52

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TWIANIE ROBERTS, Individually, | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.  08 CV 04186 |
| | ) | |
| CONTINENTAL AIR TRANSPORT CO., an | ) | Judge: Matthew F. Kennelly |
| Illinois Corporation, d/b/a CONTINENTAL | ) | |
| AIRPORT EXPRESS, INC., DENISE | ) | |
| COLLINS, Individually, and ROBERT | ) | |
| JOHNIGAN, Individually, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

To:   Mr. Bret Thomas
      Thurswell Law Firm
      1000 Town Center, #500
      Southfield, MI 48075-1221

      Mr. Edward J. Higgins
      Plunkett & Cooney
      535 Griswold Street, Suite 2400
      Detroit, MI 48226

    YOU ARE HEREBY NOTIFIED that on July 31, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Appearance, a copy of which is attached hereto.

                                            /s/ Stellato & Schwartz, Ltd.
                                            STELLATO & SCHWARTZ, LTD.

1264411 (JB)
6281399 (DCF)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant - Johnigan
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on July 31, 2008.

                                      /s/ **James Bartlett**
                                      James Bartlett