# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4186 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Twianie Roberts vs. Continental Air Transport, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Johnigan's uncontested motion for substitution of attorney is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|