## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4186 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Roberts vs. Continental Air Transport Co., et al. | | |

**DOCKET ENTRY TEXT**

This case is set for an initial status hearing on 9/24/08 at 9:00 a.m. in Judge Kennelly's chambers (Room 2188). The parties are directed to comply with Judge Kennelly's at standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|